

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-19-00233-CV |
| IN THE INTEREST OF | § | Appeal from the |
| E.O., | § | 65th District Court |
| A CHILD. | § | of El Paso County, Texas |
| | § | (TC# 2018DCM1157) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed due to consolidation. We therefore dismiss the appeal due to consolidation. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF NOVEMBER, 2019.


GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment
Rodriguez, J., dissenting